```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 15019
   TOROLAN D WILLIAMS
   LATONYA R YOUNG WILLIAMS                  CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-4726      SSN XXX-XX-3886

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/11/2008 and was not confirmed.

     The case was dismissed without confirmation 10/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC   25266.00           .00          1200.00
CITIFINANCIAL AUTO CREDI  UNSECURED          26.91           .00              .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00              .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    3807.28           .00              .00
VALENCIA OTTERBAY         NOTICE ONLY     NOT FILED          .00              .00
IL STATE DISBURSEMENT UN  NOTICE ONLY     NOT FILED          .00              .00
COOK COUNTY               UNSECURED       NOT FILED          .00              .00
AMERICAS FINANCIAL CHOIC  UNSECURED       NOT FILED          .00              .00
AMERICAS FINANCIAL CHOIC  NOTICE ONLY     NOT FILED          .00              .00
DAG FINANCIAL TRUST       UNSECURED       NOT FILED          .00              .00
BANK OF AMERICA           UNSECURED       NOT FILED          .00              .00
BANK OF AMERICA           NOTICE ONLY     NOT FILED          .00              .00
CAPITAL ONE               UNSECURED         582.94           .00              .00
CHECK N GO                UNSECURED       NOT FILED          .00              .00
CHECK N GO                NOTICE ONLY     NOT FILED          .00              .00
COMMONWEALTH EDISON       UNSECURED         303.95           .00              .00
ELLIOTT H DUDLEY DDS      UNSECURED       NOT FILED          .00              .00
GENEVA ROTH               UNSECURED       NOT FILED          .00              .00
WASHINGTON MUTUAL BANK    UNSECURED       NOT FILED          .00              .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY     NOT FILED          .00              .00
MIDLAND CREDIT MGMT       NOTICE ONLY     NOT FILED          .00              .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY     NOT FILED          .00              .00
NEWPORT NEWS              UNSECURED       NOT FILED          .00              .00
NEWPORT NEWS              NOTICE ONLY     NOT FILED          .00              .00
NEWPORT NEWS              NOTICE ONLY     NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED         767.36           .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED         925.05           .00              .00
REGIONAL ACCEPTANCE CO    UNSECURED       NOT FILED          .00              .00
GAMACHE AND MYERS PC      UNSECURED        3186.53           .00              .00
RESURGENT CAPITAL         NOTICE ONLY     NOT FILED          .00              .00
LVNV FUNDING              UNSECURED        3110.54           .00              .00
SEARS                     NOTICE ONLY     NOT FILED          .00              .00
UNIVERSAL LENDERS INC     UNSECURED        1618.21           .00              .00
US DEPT OF EDUCATION      UNSECURED       NOT FILED          .00              .00
US DEPT OF EDUCATION      NOTICE ONLY     NOT FILED          .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 15019 TOROLAN D WILLIAMS & LATONYA R YOUNG WILLIAMS
```

```
US DEPT OF EDUCATION       NOTICE ONLY    NOT FILED              .00             .00
WEB PAYDAY                 UNSECURED      NOT FILED              .00             .00
US DEPT OF HUD             SECURED NOT I   7090.54               .00             .00
US DEPT OF HUD             SECURED NOT I       .00               .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       2273.61               .00             .00
ASSET ACCEPTANCE LLC       UNSECURED        147.22               .00             .00
ECMC                       UNSECURED       6000.08               .00             .00
LEDFORD & WU               DEBTOR ATTY     3,020.00                         1,057.13
TOM VAUGHN                 TRUSTEE                                            186.37
DEBTOR REFUND              REFUND                                             814.50

        Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------------
                         RECEIPTS                DISBURSEMENTS
 ------------------------------------------------------------------------------
TRUSTEE                        3,258.00

PRIORITY                                                  .00
SECURED                                              1,200.00
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,057.13
TRUSTEE COMPENSATION                                   186.37
DEBTOR REFUND                                          814.50
                         ---------------        ---------------
TOTALS                         3,258.00              3,258.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/26/09             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE